UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SHAUNA SIRAYANONE,<br><br>   Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>   Defendants. | Case No. 16-cv-00559-BLF<br><br>**ORDER SETTING DEADLINE FOR PLAINTIFF TO FILE REQUEST FOR CLERK'S ENTRY OF DEFAULT** |

The docket reflects that Plaintiff effected service of process on Defendant Toyota Financial Services Americas Corporation ("Defendant") on February 4, 2016, *see* POS, ECF 9, and that Defendant has not filed a responsive pleading.  Plaintiff SHALL FILE a request for a Clerk's entry of default against Defendant on or before July 28, 2016.  If Plaintiff does not file a request for a Clerk's entry of default within the time provided, the Court will presume that Plaintiff does not intend to proceed against Defendant and will dismiss the action against Defendant Toyota Financial Services Americas Corporation for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 7, 2016

_____
BETH LABSON FREEMAN
United States District Judge