**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| SHAUNA SIRAYANONE,<br><br>      Plaintiff,<br><br>   v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>      Defendants. | Case No. 16-cv-00559-BLF<br><br>**ORDER TO SHOW CAUSE WHY COURT SHOULD NOT DISMISS EXPERIAN INFORMATION SOLUTIONS, INC.** |

On May 2, 2016, Plaintiff filed a notice of settlement with Experian Information Solutions, Inc. (ECF 40). Plaintiff is hereby ordered to show cause in writing and on or before May 9, 2017 why the Court should not dismiss Experian. If Plaintiff fails to respond within the time provided, the Court will presume that Plaintiff has resolved all claims against Experian and will issue an order dismissing Experian without further notice.

**IT IS SO ORDERED.**

Dated: April 25, 2017

_____
BETH LABSON FREEMAN
United States District Judge